■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH LASTER, Appellant. (Appeal No. 2.) [910 NYS2d 716]— Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered December 21, 2005. The judgment convicted defendant, upon a jury verdict, of rape in the first degree and sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Laster* (78 AD3d 1479 [2010] [decided herewith]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.